UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **JAVIER GONZALEZ,**<br>      Petitioner,<br><br>v.<br><br>**WARDEN CHRISTOPHER GORDY,**<br>      Respondent. | **Case No. 7:23-cv-259-CLM-HNJ** |

## MEMORANDUM OPINION

The magistrate judge has entered a report (doc. 21), recommending that the court deny petitioner Javier Gonzalez's second amended habeas petition under 28 U.S.C. § 2241 (doc. 9) and dismiss his claims with prejudice. Gonzalez has not objected to the magistrate judge's recommendation.

After considering the record and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court will **DENY** Gonzalez's second amended habeas petition brought under 28 U.S.C. § 2241 (doc. 9) and **DISMISS WITH PREJUDICE** Gonzalez's claims.

The court will enter a separate final judgment that closes this case.

**Done** and **Ordered** on August 20, 2024.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE